329 So.2d 658

**In re Glenn WEST**

**v.**

**STATE of Alabama.**

**Ex parte Glenn West.**

**SC 1723.**

Supreme Court of Alabama.

April 16, 1976.

Calvin Clay, Mobile, for petitioner.

MERRILL, Justice.

Petition of Glenn West for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that court in *West v. State*, 57 Ala. App. 596, 329 So.2d 653.

WRIT DENIED.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

328 So.2d 587

**In re Marjorie Furr WEST**

**v.**

**James D. WEST.**

**Ex parte Marjorie Furr West.**

**SC 1691.**

Supreme Court of Alabama.

March 19, 1976.

McDermott & Deas, Mobile, for petitioner.

JONES, Justice.

Petition of Marjorie Furr West for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *West v. West,* 57 Ala.App. 327, 328 So.2d 583.

WRIT DENIED.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.